# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 73.189.81.31,

          Defendant.

Case No.: 2:25-cv-02560-WBS-CKD

**ORDER ON PLAINTIFF'S SECOND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR THE CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's second application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Scheduling Conference currently set for March 23, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including April 14, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Scheduling Conference currently scheduled for March 23, 2026 is continued to May 18, 2026 at 1:30 p.m.

1

Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference

Case No. 2:25-cv-02560-WBS-CKD

**DONE AND ORDERED**.

Dated:  February 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling
Conference
Case No. 2:25-cv-02560-WBS-CKD