# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.189.81.31,<br><br>    Defendant. | Case No.: 2:25-cv-02560-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S THIRD APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR THE CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's third application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Scheduling Conference currently set for May 18, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including June 15, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Scheduling Conference currently scheduled for May 18, 2026 is continued to **July 13, 2026 at 1:30 p.m.**  A joint

1

Order on Plaintiff's Third Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference

Case No. 2:25-cv-02560-WBS-CKD

status report shall be filed no later than **June 29, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 8, 2025 (Docket No. 4).

      **DONE AND ORDERED**.

Dated:  April 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order on Plaintiff's Third Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling
Conference
Case No. 2:25-cv-02560-WBS-CKD